**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

February 5, 2018

**LETTER ORDER**

Re:   *Fuller v. Insys Therapeutics, Inc., et al.*
       **Civil Action No. 17-7877 (ES) (SCM)**

Dear Parties:

On October 11, 2017, Plaintiffs Deborah and David Fuller moved to remand this action to the Superior Court of New Jersey, Middlesex County.  (D.E. No. 3).  Defendant Insys Therapeutics, Inc. opposed Plaintiffs' motion (D.E. No. 4), and Plaintiffs filed a reply in support of their motion (D.E. No. 5).

On January 19, 2018, the Honorable Steven C. Mannion, U.S.M.J., issued a Report and Recommendation, recommending that the Court deny Plaintiffs' motion. (D.E. No. 21 ("R&R")). Magistrate Judge Mannion provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2).  The parties did not file any objections.

The Court has considered Magistrate Judge Mannion's R&R, and for the reasons stated therein,

IT IS on this 5th day of February 2018,

**ORDERED** that Magistrate Judge Mannion's R&R is adopted in full; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entries 3 and 21.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**